PER CURIAM:
 

 Acting under its “related case” jurisdiction, 28 United States Code Section 1471(b), the bankruptcy court assumed removal jurisdiction of this divorce case in which one of the parties had taken voluntary bankruptcy, entering orders concerning child custody, child support and so on. Pursuant to 28 United States Code Section 1334(b), the district court entertained an appeal of the bankruptcy court’s action in taking jurisdiction and remanded the divorce case to state
 
 *627
 
 court, concluding that the bankruptcy court lacked jurisdiction over the marital status of the debtor. The debtor appeals the remand order.
 

 Whether the remand order be viewed as one of abstention or as one grounded in a perceived want of jurisdiction, we are not empowered to review it. 28 United States Code Sections 1471(d) and 1478. The appeal is
 

 DISMISSED.